# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL CORCHADO AGUIRRE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-00806-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 11) |

On October 4, 2024, the parties filed a stipulation for an extension of time for Plaintiff to file a motion for summary judgment. (ECF No. 11.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before December 9, 2024
2. Defendant shall file an opposition to Plaintiff's opening brief on or before January 8, 2025; and
3. Plaintiff shall file a reply, if any, on or before January 22, 2025.

IT IS SO ORDERED.

Dated:   **October 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1