# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL CORCHADO AGUIRRE, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:24-cv-00806-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME <br><br> (ECF No. 15) |

On December 20, 2024, the parties filed a stipulation for an extension of time from January 9, 2025 to February 10, 2025 for Defendant to respond to Plaintiff's opening brief. (ECF No. 15.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before February 10, 2025; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __December 23, 2024__     _____
STANLEY A. BOONE
United States Magistrate Judge

1