# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XOCHITL CORCHADO AGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00806-SAB<br><br>ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 17) |

Plaintiff Xochitl Corchado Aguirre filed this action on July 10, 2024, challenging the Commissioner of Social Security's final decision denying her application for Social Security Benefits. The parties have consented to the jurisdiction of the United States magistrate judge, and this matter has been reassigned to the undersigned for all purposes. (ECF Nos. 7, 8, 9.) On February 10, 2025, the parties filed a stipulation for voluntary remand. (ECF No. 17.)

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand (ECF No. 17);
2. All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Xochitl Corchado Aguirre and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **February 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge